22706

The STATE, Respondent v. Rodney Lee RITCH, Appellant.

(354 S. E. (2d) 909)

Supreme Court

*Asst. Appellate Defender Tara D. Shurling,* of *S. C. Office of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock, Asst. Atty. Gen. Harold M. Coombs, Jr.,* Columbia, and *Sol. Holman C. Gossett,* Spartanburg, *for respondent.*

Submitted Dec. 17, 1986.

Decided April 13, 1987.

*Per Curiam:*

Appellant contends that the trial judge erred in proceeding with his trial *in absentia.* We agree.

The trial judge failed to find that appellant had received notice of his right to be present at trial and a warning that he would be tried in his absence should he fail to attend, as required by Criminal Practice Rule 3. This was an error. *State v. Jackson,* 288 S. C. 94, 341 S. E. (2d) 375 (1986); *State v. Fleming,* 287 S. C. 268, 335 S. E. (2d) 814 (Ct. App. 1985). Accordingly, we reverse and remand for a new trial.

Reversed and remanded.

CHANDLER, J., not participating.